IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH, LLC d/b/a BLACKBIRD TECHNOLGIES,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant | C.A. No.14-cv-1254-GMS<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Amazon.com, Inc. that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 2, 2016

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael Flynn*
Karen Jacobs #2881
Michael Flynn #5333
121 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Amazon.com, Inc.*

SO ORDERED this ___ day of _________, 2016.

______________________________________
UNITED STATES DISTRICT JUDGE