AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT District of Delaware |
|---|---|---|
| PLAINTIFF BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLGIES | | DEFENDANT AMAZON.COM, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 7,081,036 B1 | 7/25/2006 | Howard et al |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - See attached |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John A. Cerino | /s/ Mark Buckson | 2/4/2016 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLACKBIRD TECH, LLC d/b/a BLACKBIRD TECHNOLGIES,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant

C.A. No.14-cv-1254-GMS

JURY TRIAL DEMANDED

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies and Defendant Amazon.com, Inc. that all claims in Plaintiff's Complaint in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 2, 2016

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
*stamoulis@swdelaw.com*
Richard C. Weinblatt #5080
*weinblatt@swdelaw.com*
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael Flynn*
Karen Jacobs #2881
Michael Flynn #5333
121 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mflynn@mnat.com*

*Attorneys for Defendant Amazon.com, Inc.*

SO ORDERED this 4th day of Feb, 2016.

UNITED STATES DISTRICT JUDGE